# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HOWARD JONES,
ADC #76111                                                                               PLAINTIFF

V.                              4:12CV00012 SWW/JTR

DREAM REDIC YOUNG,
Infirmary Manager, Ouachita River Unit                                        DEFENDANT

## TRANSFER ORDER

Plaintiff, Howard Jones, is a prisoner in the Tucker Unit of the Arkansas Department of Correction. He has filed a *pro se* § 1983 Complaint alleging that Defendant Dream Redic Young violated his constitutional rights while he was confined in the Ouachita River Unit. *See* docket entry #2.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). The events giving rise to this action occurred at the Ouachita River Unit, which is located in Hot Spring County. Similarly, it appears the Defendant Young resides in Hot Spring County.

Hot Spring County is located in the Hot Springs Division of the United States

District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

    IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Hot Springs Division.

    Dated this 19th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
